ClevelandBikes
1900 East Ninth Street
Suite 3200
Cleveland, Ohio 44114-3485
EIN: 41-2119337

Form 1023, Part II, line 1

## EXHIBIT II-1

ClevelandBikes is an educational organization organized and operated to educate its members and members of the general public regarding making cycling on the roads throughout Northeast Ohio a safe and respected transportation choice. ClevelandBikes works to educate the general public to understand the principles and practices of bicycle driving and to incorporate bicycle driving into public policies and projects. In this way, ClevelandBikes will advance universal and equal access by bicycle to every destination reachable via the public roads.

ClevelandBikes will carry out its educational mission in a variety of ways. It will publish articles, flyers and brochures teaching the best practices of bicycle operation, which will be distributed to its members and the general public. ClevelandBikes will also educate the public through its website on which various articles and brochures will be posted. ClevelandBikes will also urge local governments to distribute materials produced by ClevelandBikes in order to educate the general public regarding safe bicycle operation. In addition, ClevelandBikes will offer seminars, workshops and classes on bicycle operation and bicycle transportation.

ClevelandBikes embraces the use of bicycles as physically healthy, primary mode of transportation in Northeast Ohio. ClevelandBikes works to advance and promote all forms of bicycling as an economical and healthful recreation, sport and transportation. ClevelandBikes also works to advance and defend the rights of Northeast Ohio cyclists to use the road and fair access to trials. In support of this activity, ClevelandBikes will operate a telephone line and Internet-based portal to report dangerous pot holes, sewer grates, construction sites or other hazards to cyclists in the roads of Northeast Ohio.

ClevelandBikes also supports properly designed and maintained off-road facilities as useful for recreational bicycle use and as supplements to the roadway system. ClevelandBikes also works to educate its members and the general public regarding fair share access to off road trails for mountain bicycles.

ClevelandBikes also represents bicyclists of all types in Northeast Ohio by working with local government to evaluate local bicycle laws and ordinances in order to improve them and by including bicycling facilities in new projects and renovation projects. In addition, on the state level, ClevelandBikes will work with the Ohio Bicycle Federation to seek improvements in the laws of the state of Ohio that affect bicycle operation. ClevelandBikes will also work with local police officers and other law enforcement agencies to ensure that they are knowledgeable regarding the best practices of bicycle driving so that traffic laws are enforced fairly. The goal is for ClevelandBikes to serve as a educational clearinghouse of information for planners, engineers, lawmakers and others who seek input from the bicycling community on matters impacting bicyclists.