

Attachment B
page 1 of 2

Page 2 of 2

The Ohio Department of Transportation plans to build a new, $450 million I-90 bridge through downtown Cleveland. Although all of us should be able to use it, the existing plans do not include pedestrian and cyclist access. We need your help to change this.

Thirty highway bridges across the U.S. have safe and attractive bike and pedestrian amenities on them. **It can happen in Cleveland with your input.**

Let your public officials know you support access for all on the new bridge. *Here are three ways you can help:*

1) Learn more about the issue, including important public hearings and who to contact, by logging on to **www.gcbl.org/innerbelt**

2) Send your comments in support to **bridge@greencitybluelake.org** and we'll forward them to decision makers.

3) Or call ODOT Innerbelt Project Manager Craig Hebebrand at **216/581-2100**.



VEHICULAR LANES
TOTAL OF (5) 12 FT.
VEHICULAR LANES AND (2)
17 FT. BREAKDOWN LANES

BREAKDOWN LANE
17 FT.

STORMWATER MANAGEMENT

PEDESTRIAN & BICYCLE LANES
14 FT.

SCENIC OVERLOOK



OHIO CITY BICYCLE CO-OP

CLEVELAND BIKES

Cleveland Urban Design Collaborative