FTA 01-10
Wednesday, January 13, 2010
Contact: Paul Griffo
Tel.: (202) 366-4064

page 1 of 4

## Obama Administration Proposes Major Public Transportation Policy Shift to Highlight Livability
### *Changes Include Economic Development and Environmental Benefits*

In a dramatic change from existing policy, U.S. Transportation Secretary Ray LaHood today proposed that new funding guidelines for major transit projects be based on livability issues such as economic development opportunities and environmental benefits, in addition to cost and time saved, which are currently the primary criteria.

In remarks at the Transportation Research Board annual meeting, the Secretary announced the Obama Administration's plans to change how projects are selected to receive federal financial assistance in the Federal Transit Administration's (FTA) New Starts and Small Starts programs. As part of this initiative, the FTA will immediately rescind budget restrictions issued by the Bush Administration in March of 2005 that focused primarily on how much a project shortened commute times in comparison to its cost.

"Our new policy for selecting major transit projects will work to promote livability rather than hinder it," said Secretary LaHood. "We want to base our decisions on how much transit helps the environment, how much it improves development opportunities and how it makes our communities better places to live."

The change will apply to how the Federal Transit Administration evaluates major transit projects going forward. In making funding decisions, the FTA will now evaluate the environmental, community and economic development benefits provided by transit projects, as well as the congestion relief benefits from such projects.

"This new approach will help us do a much better job of aligning our priorities and values with our transit investments" said FTA Administrator Peter Rogoff. "No longer will we ignore the many benefits that accrue to our environment and our communities when we build or expand rail and bus rapid transit systems."

FTA will soon initiate a separate rulemaking process, inviting public comment on ways to appropriately measure all the benefits that result from such investments.

###

The remarks can be found at http://www.dot.gov/affairs/2009/lahood01132010.htm

# Welcome to the Fast Lane: The Official Blog of the U.S. Secretary of Transportation

The Official Blog of the U.S. Secretary of Transportation

Home
Archives
Profile
Subscribe

March 15, 2010

## My view from atop the table at the National Bike Summit



This picture © J. Maus of Bike Portland. View the Bike Portland Flickr stream here.

By now you may have heard about my "tabletop speech" at the National Bike Summit last week.

If you missed the summit or want to relive the excitement, here's some footage courtesy of Streetsblog SF; it's a bit jumpy, but that seems entirely consistent with the scene.



Somewhere in the frenzy, I managed to thank summit-goers for being such effective advocates for livable, sustainable, bike-friendly communities.

Well, that was fun, but the dust has settled and I have news. The crowd's enthusiasm was so contagious, the idea of introducing a major policy revision in that setting quickly evaporated.

Today, I want to announce a sea change. People across America who value bicycling should have a voice when it comes to transportation planning. This is the *end* of favoring motorized transportation at the expense of non-motorized.

We are integrating the needs of bicyclists in federally-funded road projects. We are discouraging transportation investments that negatively affect cyclists and pedestrians. And we are encouraging investments that go beyond the minimum requirements and provide facilities for bicyclists and pedestrians of all ages and abilities.

To set this approach in motion, we have formulated key recommendations for state DOTs and communities:

- Treat walking and bicycling as equals with other transportation modes.
- Ensure convenient access for people of all ages and abilities.
- Go beyond minimum design standards.
- Collect data on walking and biking trips.
- Set a mode share target for walking and bicycling.
- Protect sidewalks and shared-use paths the same way roadways are protected (for example, snow removal)
- Improve nonmotorized facilities during maintenance projects.

Now, this is a start, but it's an important start. These initial steps forward will help us move forward even further.

Case: 1:09-cv-02699-SO Doc #: 26-6 Filed: 04/08/10 4 of 4. PageID #: 243





Photo by Jeffrey Martin courtesy of the League of American Bicyclists.

And the Obama Administration hasn't been sitting idle on the bike front this past year either.

Just last month through our TIGER program, we funded major bicycle projects in Indianapolis and in the Philadelphia-Camden-Trenton region.

And our ongoing inter-agency DOT-EPA-HUD partnership on sustainable communities actively encourages planning for walkability and bikability. We think livability means giving folks the flexibility to choose their own mobility.

Look, bike projects are relatively fast and inexpensive to build and are environmentally sustainable; they reduce travel costs, dramatically improve safety and public health, and reconnect citizens with their communities.

So, thank you to the League of American Bicyclists and all those who gave me such a raucous welcome the other night.

Last year's summit was something; this year was something else. I can't even imagine what next year's gathering will produce, but I know I want to be part of it.

In closing, here's another angle from the League's YouTube channel: